DOUGLAS JAFFE, ESQ. Bar No. 170354
LAW OFFICES OF DOUGLAS JAFFE
501 West Broadway, Suite 800
San Diego, California 92101
Telephone:  (619) 400-4945
Facsimile:   (619) 400-4947

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN STANLEY & CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> BRYANT SEAN HAYWARD; and DOES 1 through 10, inclusive <br><br> Defendants. | Case No.: 1:13-MC-00050-SAB <br><br> **ORDER** |

   IT IS HEREBY ORDERED that the judgment debtor examination of Defendant Bryant Sean Hayward scheduled for May 28, 2014 is continued to July 30, 2014 at 10:00 a.m. in Courtroom 9 of the United States District Courthouse located at 2500 Tulare Street, Fresno, California 93721.

IT IS SO ORDERED.

   Dated:   **May 27, 2014**

_____
UNITED STATES MAGISTRATE JUDGE