1   DOUGLAS JAFFE, ESQ. Bar No. 170354
    LAW OFFICES OF DOUGLAS JAFFE
2   501 West Broadway, Suite 800
    San Diego, California 92101
3   Telephone:  (619) 400-4945
    Facsimile:  (619) 400-4947
4
    Attorneys for Plaintiff
5

6

7

8                       UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10  MORGAN STANLEY & CO., INC.,          )   Case No.: 1:13-MC-00050-SAB
                                         )
11                                       )
              Plaintiff,                 )   **ORDER**
12                                       )
                                         )
13  vs.                                  )
                                         )
14  BRYANT SEAN HAYWARD; and DOES 1      )
    through 10, inclusive                )
15                                       )
              Defendants.                )
16                                       )
                                         )
17                                       )
                                         )
18  _____   )

19

20      IT IS HEREBY ORDERED that the judgment debtor examination of Defendant Bryant Sean

21  Hayward scheduled for July 30, 2014 is continued to August 20, 2014 at 10:00 a.m. in

22  Courtroom 9 of the United States District Courthouse located at 2500 Tulare Street, Fresno,

23  California 93721.

24
    IT IS SO ORDERED.
25
    Dated:   **July 29, 2014**    _____
26
                                   UNITED STATES MAGISTRATE JUDGE
27

28